FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D22-0391
_____

WILLIAM GUILFORD,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the County Court for Clay County.
Timothy R. Collins, Judge.

September 9, 2022


PER CURIAM.

   DISMISSED.

LEWIS, MAKAR, and JAY, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***
_____


William Guilford, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.